UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHANA BRAUN, individually and on behalf  :
of all others similarly situated,  :
               Plaintiff,  :
                 :  **ORDER**
v.  :
                 :  21 CV 3891 (VB)
PORTFOLIO RECOVERY ASSOCIATES,  :
LLC, and FORSTER & GARBUS LLP,  :
             Defendants.  :
------------------------------------------------------------x

        The Court has been advised that plaintiff and defendant Portfolio Recovery Associates, LLC, have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed against Portfolio Recovery Associates, LLC, only, without costs, and without prejudice to the right to restore the action against Portfolio Recovery Associates, LLC, to the Court's calendar provided the application to restore the action is made by no later than August 9, 2021. To be clear, any application to restore the action must be filed by August 9, 2021, and any application to restore the action against Portfolio Recovery Associates, LLC, filed thereafter may be denied solely on the basis that it is untimely.

        Portfolio Recovery Associates, LLC, need not appear at the July 12, 2021, status conference.

        The Clerk is instructed to terminate Portfolio Recovery Associates, LLC, as a defendant in this case.

Dated: June 9, 2021
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge